JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. CV 20-8417 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KIHO KIM, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of February, 2021.

/s/
Fernando M. Olguin
United States District Judge